IN THE MATTER OF THE APPLICATION FOR THE
COMMITMENT OF D.S.

April 10, 1984.

Petition for certification denied.


MARIE MORGAN v. RAYMOND MORGAN.

April 10, 1984.

Petition for certification denied.


CPC INTERNATIONAL, INC. v. BOROUGH OF
ENGLEWOOD CLIFFS.

April 10, 1984.

Petition for certification denied.


DENNIS CHAMPS v. COUNCIL OF THE CITY OF LONG
BRANCH AND STEPHEN S. GIDDIO.

April 10, 1984.

Petition for certification denied.